Cosmopolitan National Bank of Chicago, Trustee Under Trust No. 10151, Plaintiff-Appellant, v. Jacob Wheeler, Defendant-Appellee.

Gen. Nos. 51,171 and 51,172. 

First District, Second Division.

April 25, 1967.

 Benjamin A. Rasky, of Chicago, for appellant; no appearance made for appellee. Opinion by PRESIDING JUSTICE LYONS. **Not to be published in full.**